906

No. 327, Misc.  COLLINS v. KLINGER.  C. A. 9th Cir. Certiorari denied.

No. 252, Misc.  RICHARDSON v. CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 329, Misc.  FINLEY v. FAY, WARDEN. C. A. 2d Cir.  Certiorari denied.

No. 331, Misc.  GOFFMAN v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 334, Misc.  SOLLA v. HEROLD, STATE HOSPITAL DIRECTOR.  Court of Appeals of New York.  Certiorari denied.  Petitioner pro se.  Louis J. Lefkowitz, Attorney General of New York, Paxton Blair, Solicitor General, and Winifred C. Stanley, Assistant Attorney General, for respondent.

No. 339, Misc.  DRAPER ET AL. v. WASHINGTON ET AL. Superior Court of Washington, Walla Walla County. Certiorari denied.

No. 341, Misc.  BURKS v. PATE, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 343, Misc.  EMORY v. KANSAS.  Supreme Court of Kansas.  Certiorari denied.

No. 349, Misc.  THOMPSON v. CALIFORNIA.  District Court of Appeal of California, Fifth Appellate District. Certiorari denied.